[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1258.]

GEORGE, APPELLANT, *v*. ADMINISTRATOR, BUREAU OF WORKERS'
COMPENSATION, ET AL., APPELLEES.

[Cite as *George v. Ohio Bur. of Workers' Comp.*, 1998-Ohio-618.]

*Appeal dismissed as improvidently allowed.*

(No. 97-517—Submitted March 4, 1998—Decided April 15, 1998.)

APPEAL from the Court of Appeals for Montgomery County, No. 16081.

————————————

*Altick & Corwin Co., L.P.A., Deborah J. Adler* and *Jonathan Freeman*, for
appellant.

*Betty D. Montgomery*, Attorney General, and *Steven P. Fixler*, Assistant
Attorney General, for appellees.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently
allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the
judgment of the court of appeals.

————————————